■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HALDEN TALIAFERRO, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on May 19, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Rubin, JJ.

■ VICTOR WEINGARTEN et al., Appellants-Respondents, v TOWN OF LEWISBORO, Respondent-Appellant.—Order, Supreme Court, Westchester County (Harold Wood, J.), entered on or about May 25, 1989, unanimously affirmed, without costs and without disbursements, for the reasons stated by Wood, J. Motion by New York Planning Federation for leave to appear as *amicus curiae* is granted. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Rubin, JJ. *[See,* 144 Misc 2d 849.]

■ G.K.R. SERVICES, INC., Appellant, v 458 WEST 143RD STREET REALTY CORP., Respondent, et al., Defendants.—Order, Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on June 21, 1989, unanimously affirmed, for the reasons stated by C. Beauchamp Ciparick, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Rubin, JJ.

■ BERNARD ULANO, Appellant, v ULANO INDUSTRIES, INC., et al., Respondents.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on December 7, 1989, unanimously affirmed, for the reasons stated by Edward Greenfield, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Milonas, Kassal and Ellerin, JJ.